UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSE CASTILLO, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>STATE FARM MUTUAL AUTOMOBILE )<br>INSURANCE COMPANY, )<br>)<br>Defendant. )<br>_____) | Case No. 2:15-cv-02208-JAD-GWF<br><br>**ORDER** |

This matter is before the Court on the parties' failure to file a Joint Status Report. The Minutes of the Court dated November 23, 2015, required the parties to file a Joint Status Report no later than December 26, 2015. To date the parties have not complied. Accordingly,

**IT IS ORDERED** counsel for the parties shall file a Joint Status Report which fully complies with the Minutes of the Court no later than **January 14, 2016**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 4th day of January, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge