UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Jose Castillo,<br><br>　　　　Plaintiff<br><br>　　　v.<br><br>State Farm Mutual Automobile Insurance Company,<br><br>　　　　Defendant | Case No.: 2:15-cv-2208-JAD-GWF<br><br>**Order Granting Motion to Remand**<br>**[Doc. 19]** |

　　　Plaintiff Jose Castillo sues his automobile-insurance provider State Farm Mutual Automobile Insurance Company for failing to pay UIM benefits for an October 2014 car accident. After State Farm removed this case based on diversity jurisdiction, Castillo moved to remand it, and the parties stipulated to dismiss all claims for which punitive damages may have been sought.[1] 28 U.S.C. § 1332(a)(1) gives federal district courts "original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states." If the court finds that the amount-in-controversy requirement is not met, it should remand the case to state court pursuant to 28 U.S.C. § 1447(c).

　　　I held oral argument on this motion on January 9, 2017, and the parties' stipulation to dismiss all claims on which punitive damages could have been awarded has left it apparent to me that this action does not satisfy the threshold jurisdictional amount. Accordingly, with good cause appearing and no reason for delay,

　　　It is **HEREBY ORDERED** that Castillo's Motion to Remand [ECF No. 19] is **GRANTED**. This case is remanded back to Nevada's Eighth Judicial District Court, Case No. A-15-725240-C, Dept. XVI.

　　　DATED: January 9, 2017

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JENNIFER A. DORSEY
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] ECF Nos. 19 (motion); 21 (stipulation).